BEFORE THE THIRD DIVISION, MAY 11, 1964

**No. 68529.**—Associated Dry Goods Corp. et al. *v.* United States, protests 62/10787, etc. (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.

**No. 68530.**—Amco Customs Brokerage Co. *v.* United States, protests 63/17633 and 63/22858 (Philadelphia).

Opinion by DONLON, J.   An examination of the official papers showing that the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MAY 12, 1964

**No. 68531.**—Leslie B. Canion *v.* United States, protests 63/9264, 63/9265, and 63/12061 (Galveston).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of novelty figures, not chiefly used for the amusement of children, composed in chief value of metal, and having as an essential feature an electrical element or device, the claim of the plaintiff was sustained.

**No. 68532.**—Whittemore Associates, Inc. *v.* United States, protests 59/8776, etc. (Boston).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.